IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DENIS YABRENCO ESPINOZA HERNADEZ,     *

         Petitioner,     *

v.     Case No. 7:25-cv-201 (WLS-AGH)

    *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,     *

         Respondents.     *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated January 9, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 12th day of January, 2026.

                                             David W. Bunt, Clerk

                                             s/ Katie Logsdon, Deputy Clerk